176 So.2d 144

**Walter SYKES**

v.

**UNITED ENGINEERS CONSTRUCTION COMPANY, Inc.**

No. 47807.

June 28, 1965.

In re: Walter Sykes applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 174 So.2d 150.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

176 So.2d 144

**Leon MARKS**

v.

**Francis DEMAREST, Recorder of Mortgages, and King for Toys, Inc.**

No. 47808.

June 28, 1965.

In re: Leon Marks applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 174 So.2d 160.

Writ refused. The judgment of the Court of Appeal is correct.

176 So.2d 145

**Robert YOUNGER**

v.

**LUMBERMENS MUTUAL CASUALTY COMPANY.**

No. 47809.

June 28, 1965.

In re: Robert Younger applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Iberia. 174 So.2d 672.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

176 So.2d 145

**STATE of Louisiana ex rel. Isaac CUMMINGS**

v.

**Sheriff Bryan CLEMMONS.**

No. 47811.

June 28, 1965.

In re: Isaac Cummings applying for writs of certiorari, prohibition, mandamus and habeas corpus.

The application is denied. There appears no error in the ruling complained of.